581 A.2d 1377

**Lillian RATARSKY, Appellant,**

v.

**Jack RATARSKY.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1990.

Decided Nov. 9, 1990.

Jackson M. Sigmon, William P. Exaros, Bethlehem, for appellant.

Gerald I. Roth, Allentown, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

McDERMOTT, J., did not participate in the consideration or decision of this case.

LARSEN and CAPPY, JJ., dissent.